**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

CARIBEL MARILYN PEREZ MARTINEZ,

Plaintiff,

26 **CIVIL** 4373 (OTW)

-v-

# JUDGMENT

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated August 4, 2026, that the Commissioner's decision be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to the sixth sentence of 42 U.S.C. § 405(g), due to irregularities in the hearing recording process.

**Dated:** New York, New York

August 10, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**